IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WARREN C. WILSON,
        Petitioner,
    v.                                            **Judgment in a Civil Case**
JONATHAN MINOR; U.S. PAROLE
COMMISSION,
        Respondents.                      Case Number: 5:10-HC-2185-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on January 11, 2012, with service on:</u>
Warren C. Wilson, 4305 Massachusetts Avenue, SE, Washington, DC 20019 (via U.S. Mail)
Seth M. Wood (via CM/ECF Notice of Electronic Filing)

January 11, 2012                                              /s/ Dennis P. Iavarone
                                                                   Clerk

Raleigh, North Carolina